**NEW YORK CENTRAL RAILROAD CO.,**
Appellant, v. MILNE LUMBER CO.
No. 9815.

Circuit Court of Appeals, Eighth Circuit.
Aug. 21, 1933.

Wilton D. Chapman, of St. Louis, Mo., for appellant.

Anderson, Gilbert & Wolfort, of St. Louis, Mo., for appellee.

PER CURIAM.

Appeal docketed and dismissed, with prejudice, at costs of appellant, but without taxation of attorney fee, pursuant to stipulation of parties.

---

**NEW YORK CENTRAL RAILROAD CO.,**
Appellant, v. MILNE LUMBER CO.
No. 9814.

Circuit Court of Appeals, Eighth Circuit.
Aug. 21, 1933.

Wilton D. Chapman, of St. Louis, Mo., for appellant.

Anderson, Gilbert & Wolfort, of St. Louis, Mo., for appellee.

PER CURIAM.

Appeal docketed and dismissed, with prejudice, at costs of appellant, but without taxation of attorney fee, pursuant to stipulation of parties.

---

**PACIFIC MIDWAY OIL COMPANY, a Corporation, Appellant, v. UNITED STATES**
of America, Appellee.
No. 6849.

Circuit Court of Appeals, Ninth Circuit.
July 31, 1933.

Wm. Bresnahan, of San Francisco, Cal., for appellant.

H. H. McPike, U. S. Atty., of San Francisco, Cal.

Before SAWTELLE, Circuit Judge, and ST. SURE, District Judge.

PER CURIAM.

Upon motion of counsel for appellant, ordered appeal dismissed, with prejudice; mandate forthwith.

---

**M. V. PARKER, Administratrix, et al., v.**
UNITED STATES of America.
No. 846.

Circuit Court of Appeals, Tenth Circuit.
April 11, 1933.

Wilkerson & Brown, of Pryor, Okl., for appellants.

John M. Goldesberry, U. S. Atty., of Tulsa, Okl.

Before COTTERAL, PHILLIPS, and McDERMOTT, Circuit Judges.

PER CURIAM.

Appeal dismissed for failure to prosecute.

---

**Eustace PINCKNEY and Ben Fierall, Appellants, v. UNITED STATES of**
America, Appellee.
No. 6917.

Circuit Court of Appeals, Fifth Circuit.
Oct. 14, 1933.

Thomas F. Walsh, of Savannah, Ga., for appellants.

Chas. L. Redding, U. S. Atty., of Savannah, Ga.

Before BRYAN, FOSTER, and SIBLEY, Circuit Judges.

PER CURIAM.

The judgment is affirmed.